**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PETER BURCHETT, | ) | No. CV 13-1635-DSF (CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF |
| v. | ) ) | MAGISTRATE JUDGE |
| LOS ANGELES CITY ATTORNEY, | ) ) | |
| Respondent, | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: 2/4/14

DALE S. FISCHER
United States District Judge