JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER BURCHETT,           )<br>                           )<br>          Petitioner,   )<br>                           )<br>     v.                    )<br>                           )<br>LOS ANGELES CITY ATTORNEY, )<br>                           )<br>          Respondent,   )<br>_____) | No. CV 13-1635-DSF (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed without prejudice.

         2/4/14
DATED: _____

_____
        DALE S. FISCHER
   United States District Judge